# McCormick Law Firm



ESTABLISHED 1862

DAVID R. BAHL
WILLIAM L. KNECHT
J. DAVID SMITH
ROBERT A. ECKENRODE
JOANNE C. LUDWIKOWSKI
RICHARD F. SCHLUTER
BRIAN J. BLUTH
WILFRED K. KNECHT

WILLIAM E. NICHOLS
H. CLAY MCCORMICK
RETIRED
PAUL W. REEDER
1950-1998
DEAN R. FISHER
1951-2000

PAMELA J. OLVANY
OFFICE MANAGER

February 2, 2011



FILED FEB - 7 2011

William C. Redden, Clerk
U.S. Bankruptcy Court
Eastern District of Virginia
Attn: Suzanne French
701 E. Broad Street
Richmond, VA 23219

RE: DEAN E. BARNETT CHAPTER 13 BANKRUPTCY
CASE NO: 10-35854-KRH

Dear Ms. French:

On December 30, 2010 you received Claim No. 10 in the above matter which I had forwarded to you on behalf of Bette Barnett and thereafter on January 4, 2011 you received Claim No. 11 which I forwarded to you on behalf of Bette Barnett. Claim No. 11 was marked that it was an Amendment of a previously filed claim on her behalf. At the time I forwarded Claim No. 11 to you, Claim No. 10 had not yet been docketed and therefore I did know what the prior claim number was to reference on the Amended Claim No. 11.

I just discovered that the debtor's attorney filed an Objection to both Claim No. 10 and Claim No. 11 with the Objections to Claim No. 10 being that it is the same debt as Claim No. 11. That is correct since Claim No. 11 amended Claim No. 10 by increasing the amount owed.

Thus, would you please correct the Claims Register docket entries to note that Claim No. 11 modified Claim No. 10 and that it is not in addition to Claim No. 10. Therefore, I do not have any opposition to the debtor's Objection to Claim No. 10.

However, I do anticipate that a further response will be filed with respect to the Objection to Claim No. 11 prior to February 20, 2011.

Very truly yours,

McCormick Law Firm

William L. Knecht

WLK/tm
CC: David Edward Noll, Esq.
    Alan Acker, Esq.
    Bette Barnett